IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER KING #66401509
MOVANT, PRO-SE

VS.                                    CAUSE: CIV-24-882-SLP

CORECIVIC - MEDICAL
DEFENDANT

FILED
AUG 26 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

## PLIMINARY INJUNCTION

Comes Now, Christopher King # 66401509, PRO-SE, and on behalf of those similarly situated. Movant asks this Court to step in and stop CoreCivic Cimarron Correction Facility and its employees from stopping and/or taking chronic care pain medications and honor standing prescription orders from Access pain specialist in Tulsa, Oklahoma. This stopped chronic care pain medication of Subutex and a standing prescription for pain shots is not being honored and movant is left without proper pain medication prescribed. Defendants took medication without due process of law or the displinary process as a punishment not in movants best interest.

Movant ask for this injuction while he exhausts his administration remedys and formally files with this Honorable Court under 42 U.S.C § 1983.

Movant is currently housed at the Cimarron Correction Facility at 3200 S. Kings Hwy, Cushing, OK 74023.

## PRAYER

1 of 2

CONT Pliminary injunction

MOVANT, hereby PRAYS that this Honorable Court cause a pliminary injuction on Corecivic, so that Subutex is restored for pain and that an appointment be made so to ease pain in his pancreas from Chronic Pancreatitis, in his head from Brain Tumor/Mass and from alledged lupus an condition(s) causing severe pain. Movant prays for releaf relief.

Submitted Respectfully

*[signature]*

CHRISTOPHER KING, PRO-SE
Cimarron Correctional
3200 S. Kings Hwy
Cushing, OK 74023

Declaration Sworn

Movant swears under penalty of perjury that the foregoing Pliminary injuction is true and correct. Executed on this 19th day of August, 2024.

*[signature]*
CHRISTOPHER KING