# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-882-SLP |
| | ) |
| CORECIVIC, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens entered August 17, 2025. [Doc. No. 18]. Plaintiff is deceased and therefore, the prospective relief sought in his Amended Complaint is moot. [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Produce [Doc. No. 11] and Motion for Order [Doc. No. 12] are DENIED as moot. A separate judgment of dismissal shall be entered contemporaneously with the filing of this Order.

IT IS SO ORDERED this 14th day of May, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE